IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              No. 4:13CR00199-001 KGB

KEYJAY JAMAR NESBY                                                  DEFENDANT

## ORDER

The motion of the United States of America to dismiss the indictment as to Keyjay Jamar Nesby is GRANTED (Dkt. No. 13). The indictment now pending against Mr. Nesby is hereby dismissed.

IT IS SO ORDERED this 24th day of October, 2013.

_____
Kristine G. Baker
United States District Judge